AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MERCEDES GIBBS<br><br>*Plaintiff(s)*<br>v.<br>THE CONNOR GROUP, and<br>WYNDHAM LAKES XIV, LLC,<br>d/b/a The Villas at Wyndham Lakes<br><br>*Defendant(s)* | Civil Action No. 0:25-cv-60176-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CONNOR GROUP
c/o THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM, LLC
10510 SPRINGBORO PIKE
MIAMISBURG OH 45342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 3, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MERCEDES GIBBS <br><br> *Plaintiff(s)* <br> v. <br><br> THE CONNOR GROUP, and <br> WYNDHAM LAKES XIV, LLC, <br> d/b/a The Villas at Wyndham Lakes <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60176-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WYNDHAM LAKES XIV, LLC, d/b/a The Villas at Wyndham Lakes
By Serving Registered Agent
COGENCY GLOBAL INC.
115 NORTH CALHOUN ST. SUITE 4
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 3, 2025

**SUMMONS**



Angela E. Noble
Clerk of Court