## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:25-CV-60176-WPD

Plaintiff:
**MERCEDES GIBBS,**

vs.

Defendant:
**THECONNOR GROUP, and WYNDHAM LAKES XIV, LLC, d/b/a The Villas at Wyndham Lakes,**

FIS2025001101

For:
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
10873 Sw 59th Court
Pinecrest, FL 33156

Received by PROFESSIONAL PROCESS SERVERS & INVESTIGATORS, INC. on the 3rd day of February, 2025 at 1:57 pm to be served on **Wyndham Lakes XIV, LLC, d/b/a The Villas at Wyndham Lakes By Serving Registered Agent Cogency Global Inc., 115 North Calhoun St, Suite 4, Tallahassee, FL 32301**.

I, MARY GREEN, being duly sworn, depose and say that on the **5th day of February, 2025** at **12:50 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT WITH EXHIBIT(S)** with the date and hour of service endorsed thereon by me, to: **KYLA WHITAKER** as **AUTHORIZED REPRESENTATIVE**, who stated they are authorized to accept service for: **Wyndham Lakes XIV, LLC, d/b/a The Villas at Wyndham Lakes By Serving Registered Agent Cogency Global Inc.** at the address of: **115 North Calhoun St, Suite 4, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 22+, Sex: F, Race/Skin Color: WHITE, Height: 5'4', Weight: 200, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 5th day of February, 2025 by the affiant who is personally known to me

NOTARY PUBLIC

#HH 118650

**MARY GREEN**
Certified Process Server #243

**PROFESSIONAL PROCESS SERVERS & INVESTIGATORS, INC.**
**800 W. CYPRESS CREEK ROAD**
**SUITE 390**
**FORT LAUDERDALE, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2025001101
Ref: 2025001101

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| MERCEDES GIBBS <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CONNOR GROUP, and WYNDHAM LAKES XIV, LLC, d/b/a The Villas at Wyndham Lakes <br><br> *Defendant(s)* | Civil Action No.   0:25-cv-60176-WPD |

*(handwritten, in red):* Date  2/5/25   Time  12:50pm

*(handwritten):* M06# 243

*(stamp, in red):* as a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WYNDHAM LAKES XIV, LLC, d/b/a The Villas at Wyndham Lakes
By Serving Registered Agent
COGENCY GLOBAL INC.
115 NORTH CALHOUN ST. SUITE 4
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. Courtney Cunningham, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Feb 3, 2025



Angela E. Noble
Clerk of Court

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts