# Affidavit of Process Server

**United States District Court Southern District of Florida**
(NAME OF COURT)

| Mercedes Gibbs | vs | The Connor Group, Wyndham Lakes XIV LLC | 0:25-CV60176-WPD |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Joe Mader Process Service Pros**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **The Connor Group**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons, Complaint, Exhibits**

by leaving with **Amy Martin** / **Authorized to Accept Documents** At
NAME / RELATIONSHIP

☐ Residence _____
☒ Business **10510 Springboro Pk** / **Miamisburg, Ohio 45342**
ADDRESS / CITY / STATE

On **2/4/2024** AT **4:00 PM**
DATE / TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY / STATE / ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
(3) _____ (4) _____ (5) _____
DATE / TIME

**Description:** Age **30**  Sex **F**  Race **W**  Height **5'6"**  Weight **140**  Hair **BLACK**  Beard **n/a**  Glasses **n/a**

Process Service Pro's LLC
1825 Knollview Ct.
Miamisburg, Ohio 45342

*[Signed] Joe Mader*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **6th** day of **February**, 20**25**, by **Joseph Mader**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANGELA DAWN FORDING
Notary Public, State of Ohio
My Commission Expires:
August 29, 2028

*[Signed] Angela Dawn Fording*
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **Ohio**

FORM 2 — NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS