UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60176-CIV-DIMITROULEAS

MERCEDES GIBBS,

    Plaintiff,

vs.

THE CONNOR GROUP,
Wyndham Lakes XIV, LLC
Doing business as
d/b/a The Villas at Wyndham Lakes,

    Defendant.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** is before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), filed February 25, 2025. [DE 7]. The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 7] is **GRANTED**.

2. Defendants shall have up to and including March 14, 2025 to respond to Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 26th day of February, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record