UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-60176-WPD

MERCEDES GIBBS,

        Plaintiff.

v.

THE CONNOR GROUP, and
WINDHAM LAKES XVI, LLC,
d/b/a The Villas at Windham Lakes

        Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the nongovernmental corporate parties The Connor Group and Wyndham Lakes XIV, LLC, d/b/a The Villas at Wyndham Lakes state that they do not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

2

Dated:  February 26, 2025                          Respectfully submitted,

*Attorneys for Defendants*

GREENBERG TRAURIG, P.A.
401 E Las Olas Blvd.
Suite 2000
Fort Lauderdale, Florida 33304
Telephone: 954-765-0500
Telefax: 954-765-1477

By*: s/ Stephen A. Mendelsohn*
     Stephen A. Mendelsohn
     Florida Bar No. 0849324
     Email:  mendelsohns@gtlaw.com;
     FLService@gtlaw.com